**DENIED and Opinion Filed November 13, 2024**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-24-01295-CV

### IN RE FRENCHIE ADAMS, Relator

**Original Proceeding from the County Court at Law No. 3
Dallas County, Texas
Trial Court Cause No. CC-23-04131-C**

## MEMORANDUM OPINION
Before Justices Pedersen, III, Smith, and Garcia
Opinion by Justice Smith

Before the Court is relator's November 1, 2024 petition for temporary restraining order and temporary and permanent injunction. We have construed relator's petition as an original proceeding seeking a writ of injunction to prevent enforcement of a writ of possession or to otherwise prevent relator from being evicted.

Upon review, relator's petition does not meet the requirements of the Texas Rules of Appellate Procedure for consideration of her petition for a writ of injunction. *See* TEX. R. APP. P. 52.1, 52.2, 52.3(a)–(d), 52.3(f)–(h), 52.3(j), 52.3(k)(1)(A), 52.7(a).

Accordingly, we deny relator's petition.

/Craig Smith/
CRAIG SMITH
JUSTICE

241295F.P05